# Exhibit A

v9.2.0   Published on **July 22, 2025**

# Klarna Pay in 4 Agreement

The following terms and conditions represent an agreement between the lender, Klarna Inc., located at 800 N. High St. Suite 04121, Columbus, OH 43215 ("Klarna Columbus") and the user of this payment option ("you" as the borrower, under the name and address provided when you agreed to use this payment option), entered into the date you agree to use this payment option for your purchase. For Nevada borrowers, this agreement is between Klarna Nevada located at Two Summerlin 10845 Griffith Peak Drive, Las Vegas, Nevada 89135 ("Klarna Nevada," and together with Klarna Columbus, each "Klarna," "we," or "us," as applicable).

## How it works

- Use your own valid debit or credit card, or other accepted payment method, to pay (no prepaid cards).

- The first payment is charged when the merchant confirms your order (this is usually the shipping date for online orders).

- The next 3 payments are automatically made every 2 weeks after your Initial Payment (first Installment Payment due at least 18 days after Initial Payment).

- Klarna charges no interest with Pay in 4 and no fees unless you fail to make a payment.

- If you return or cancel any part of your purchase, you may get a refund from Klarna depending on how the store handles returns and cancellations. If you are due a refund from Klarna on a returned or cancelled order, we will refund the balance back to your original payment method.

- If you have questions about the quality or shipping of your order, please contact the merchant where you made the purchase.

1

- A Late Fee of up to $7 may be charged if any scheduled payment remains unpaid after 10 days (the total of late fees charged on an order will never exceed 25% of your Total Purchase Amount).

- Depending on your payment method, your financial institution may charge you interest or fees under your agreement with them. If you have any questions about those charges contact your payment method provider.

# Terms and Conditions

**You must agree to the terms of this Agreement, including the Payment Authorization below that authorizes us to initiate payments from the debit card, credit card, or bank account you have identified, in order to obtain a Pay in 4 loan.**

In addition to these terms and conditions, your use of this payment option is governed by the Terms for Klarna Shopping Service, which are incorporated into and made part of these Terms and Conditions (collectively, the "Agreement"). By choosing to pay for your purchase of goods and/or services (the "Purchase") from a store or merchant (the "Merchant") with a Pay in 4 loan from Klarna, you agree to the terms of this Agreement, which, in addition to the Terms for Klarna Shopping Service, includes our Privacy Policy, the Electronic Communications Agreement, the Payment Authorization below, and each applicable Payment Schedule we provide to you. **MOREOVER, THIS AGREEMENT INCORPORATES THE ARBITRATION PROVISION IN THE TERMS FOR KLARNA SHOPPING SERVICE TO WHICH YOU ARE ALREADY A PARTY. IF YOU DID NOT OPT OUT OF THAT ARBITRATION PROVISION, IT ALSO APPLIES IN THIS AGREEMENT, UNLESS YOU ARE SUBJECT TO THE PROTECTIONS OF THE MILITARY LENDING ACT. PLEASE READ THE ARBITRATION PROVISION CAREFULLY AS IT WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS, INCLUDING YOUR RIGHT TO A JURY TRIAL AND TO BRING OR PARTICIPATE IN A CLASS ACTION. BY ACCEPTING THIS AGREEMENT, YOU AGREE TO THE TERMS OF THE ARBITRATION PROVISION UNLESS YOU PREVIOUSLY OPTED OUT.**

We will separately review each request for a Pay in 4 loan you make. Our approval of one Pay in 4 loan does not mean we will approve another loan. If we approve you for a Pay in 4 loan, we will make the loan to you by paying the Merchant.

**Total Purchase Amount:** This equals the total amount of your Purchase, as adjusted, and represents the total amount you will have paid when you have made all scheduled payments. In addition to the cost of any goods or services, it may be adjusted to include (1) any applicable taxes, shipping costs, currency conversion, or other fees that are charged by a Merchant, (2) any goods or services added to your order after you agree to this Agreement (3) any adjustments or increases due to exchanges or returns, and/or (4) any voluntary donations that you make through Klarna.

**Payment Schedule:** When you elect to use this payment option, we will present you with the applicable payment terms, including:

1. The amount of your **Initial Payment.** The Initial Payment is the first of four payments and is due immediately once the Merchant confirms your order. The Initial Payment will be made automatically on that date as described in the Payment Authorization below.

2. The amount of each subsequent **Installment Payment.** The Installment Payments represent the amount financed and consist of three installment payments due every two weeks after the Initial Payment (first installment due at least 18 days after the Initial Payment) for a loan term of six weeks (at least 46 days) from the Initial Payment. Installment Payments will be made automatically on these dates as set forth in the Payment Authorization below.

Depending on the details of your Purchase and how it is processed by the Merchant, one or more payment schedules (each, a "Payment Schedule") will be emailed to you and made available through the Klarna App once the Merchant confirms each applicable order under your Purchase (see "Split Orders" below for further details on multiple Payment Schedules.) Each Payment Schedule will show the amount of the applicable Initial Payment and each Installment Payment and the date on which each Installment Payment is due ("Due Date"). The sum of all final Payment Schedules provided to you is equal to the Total Purchase Amount. You acknowledge and agree to the payment terms above, and that such payment terms and each Payment Schedule are incorporated by reference into this Agreement.

**Promise to Pay:** By using this payment option, you are instructing us to send the proceeds of your loan to the designated Merchant as payment for your purchase. You further promise to pay Klarna the Total Purchase Amount in accordance with the payment terms, including repayment of the Initial Payment and each Installment Payment on their Due Dates, plus any fees, past due amounts and other charges as permitted under this Agreement. There is no balloon or similar final payment required on this loan and you are not required to obtain credit life or credit disability as a condition of receiving this loan.

**No Interest or Other Finance Charges:** This is a 0% APR loan. We do not charge interest or other finance charges in connection with your Pay in 4 loan. Other fees may apply as described in this Agreement.

**Payment Methods:** We accept most valid credit and debit cards that are not scheduled to expire in the near future as well as most bank account direct debits (each a "Payment Method"). We may limit the types of payment methods we accept at our discretion. If a type of payment method, such as a particular credit card, debit card, or bank account is not accepted, you will be notified before your Purchase is completed. We do not accept prepaid cards. You may change your payment method at any time, and if you do, you authorize us to charge your new payment method in accordance with this Agreement. Paying by debit card or bank account is not a requirement for obtaining a loan under this Agreement.

**Storing Payment Method Details:** You authorize us to store your payment method details. We will use this information to authorize future charges as described in this Agreement. Unless you opt out, we may also use this information to prefill your payment method details for future purchases. You may manage your payment method details online or through the Klarna App. In the event Klarna obtains updated payment method information from your bank, you agree that we may update and use this information in our system.

**Currency conversion:** When Klarna initiates a currency conversion, we'll complete it at the rate in effect when your items are shipped or services activated. While we'll show you the expected conversion rate at purchase, it may change if rates fluctuate between your purchase and shipping/activation dates. Our conversion rate includes our exchange rate mark-up, plus the base rate from wholesale currency markets on the conversion day or previous business day. When required by law or regulation, we'll use the applicable government reference rate.

**Prepayment:** You may prepay part or all of any outstanding Total Purchase Amount at any time without penalty.

**Split Orders:** "Split Orders" occur when (1) the Merchant does not confirm all items from your Purchase at a single point in time (for example, one or more items from your Purchase ship on different dates); or (2) the amount of your Purchase increases after you agree to the terms of this Agreement. In the event of a Split Order, we will do one of the following at our discretion: (1) provide you with an updated Payment Schedule as adjusted by us due to the Split Order (this Payment Schedule will replace any Payment Schedule previously provided to you); or (2) provide you with an additional Payment Schedule for each Split Order confirmed by the Merchant that will include an additional Initial Payment and three additional Installment Payments that you will pay pursuant to the Payment Authorization below (this Payment Schedule does not replace any Payment Schedules previously provided to you). Unless we provide you with a new Payment Schedule as described above, each Split Order constitutes a separate Pay in 4 loan; provided, however, that the total sum of all Initial Payments and Installment Payments disclosed on each Payment Schedule associated with your Purchase will not exceed the Total Purchase Amount.

**Late Fee:**  If any payment remains unpaid for 10 days after its due date, you agree to pay us a Late Fee of up to $7 (or such lesser amount as required by law), except where prohibited by applicable law**.** The total of Late Fees charged on an order will never exceed 25% of the Total Purchase Amount and will be waived or refunded in the event our error results in you incurring a Late Fee.

**Returns:** Any return, cancellation or exchange of a product is a matter between you and the Merchant, subject to Merchant's return policy. It will not impact the amount you owe under this Agreement unless and until we receive a credit from the Merchant. If we receive a credit from the Merchant, we will apply it to your outstanding balance and refund any portion of such credit that exceeds your outstanding balance. Merchant credits do not count as payments on your account. You

4

will need to continue to make your previously disclosed payments at scheduled Due Dates until your balance is paid in full. Currency conversion rate changes could work for or against you in cases of returns or refunds. If you request a partial or full refund after making a return, you'll be responsible for any rate changes that may have occurred from order placement to refund issuance.

**Instant Refunds**: If you are eligible for an instant refund, you may receive funds for returned products before your returned product is approved and registered by the Merchant. Klarna determines, in its sole discretion, whether you are eligible for an instant refund. An instant refund will be issued to the same payment method you used when paying for your purchase within 5-7 days from reporting the return, depending on your bank. Klarna will also pause your payment plan until the Merchant has either registered or rejected the return. If the Merchant partly accepts and registers your return at a lower amount than the amount paid out by Klarna to you, Klarna has a right to reclaim the remaining amount from you. If you fail to return the product or if the Merchant does not accept and register your return, Klarna has the right to reclaim the full amount from you. Klarna will reclaim the amount owed to us by resuming your payment plan and, where necessary, extending it.

**Product Questions and Issues:** Please contact the Merchant with any questions regarding Purchases.

**Default:** Except where prohibited by law, you will be in default if you: (a) fail to make any payment by a Due Date; (b) become the subject of insolvency or bankruptcy proceedings; (c) supply false, misleading, or incorrect information to us; (d) a payment is returned to us by your bank; or (e) violate or are unwilling to comply with any provision in this Agreement (each a "Default").

If you are in Default Klarna may: (i) employ a debt collection agency to collect payment; and (ii) report default information to credit bureaus. If you are in Default Klarna may prevent you from future use of any Klarna service.

**Consent to Receive Debt Collection Emails.** You consent to receive emails regarding your outstanding debt, including emails relating to previous purchases, at any time of the day or night from Klarna and our debt collection service providers, TrueAccord Corp., SIMM Associates Inc, and Firstsource Advantage LLC. You certify that any email address you provide to Klarna can be used for debt collection communications. You also certify that any email address you provide is a personal email address and not a work email address. If you change your email address, it is your obligation to update your email address with Klarna.

**Waiver of Claims under FCCPA**.  You agree not to assert any claims against Klarna arising from communications received between 9 p.m. and 8 a.m. under the Florida Consumer Collections Practices Act or analogous state or federal laws.  By proceeding with your purchase, you waive any potential claims based on previous communications received during those hours.

**Credit Reports and Reporting; Identity Theft:** You give us permission to request information and to make whatever inquiries we consider necessary and appropriate (including obtaining information from third parties and requesting consumer reports from consumer reporting agencies) for the purpose of considering your application for credit and subsequently in connection with any product upgrades or offers or the collection of your loan or your account with us. We will only obtain consumer reports that do not impact your credit score and do not leave a hard inquiry on your credit report.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit bureau report.**

**No Loan Broker:** You agree and represent that no person has performed any act as a broker in connection with the making of this loan.

**Assignment:** You may not transfer or assign any rights or obligations you have under these terms. To the extent not otherwise already permitted by applicable law, we may transfer or assign these terms or any right or obligation under these terms at any time provided that such transfer does not alter your rights and obligations under these terms to your detriment.

**Notices:** Except as otherwise required by law, all notices regarding this payment option must be provided in writing to: Klarna Inc. 800 N. High St. Suite 04121, Columbus, OH 43215. **Klarna Customer Service** ("Notice Address").

**Complaints:** For complaints, the information provided on **www.klarna.com** applies. If you have a complaint towards Klarna, you can submit your complaint through the contact form on Klarna's website (**www.klarna.com**) or via postal mail with the keyword "Complaint" to Klarna's address.

**Enforceability:** If any term of this Agreement is finally determined to be void or unenforceable by a court or government agency of competent jurisdiction, that term will continue to be enforceable to the extent allowed by such court or agency, and the remainder will no longer be a part of this Agreement. All other provisions of this Agreement will remain in effect.

**Governing law, venue:** You agree that the laws of the State of Ohio, without regard to principles of conflict of laws, will govern this Agreement and any claim or dispute that has arisen or may arise between you and Klarna, except as otherwise stated in this Agreement. Subject to the Arbitration Provision, you may also litigate any dispute in small claims court with jurisdiction over that dispute, if the dispute meets all requirements to be heard in the small claims court. You may litigate in small claims court whether or not you negotiated with Klarna informally first.

# PAYMENT AUTHORIZATION

**THIS PAYMENT AUTHORIZATION (1) PERTAINS TO ALL PAYMENT SCHEDULES WE DELIVER TO YOU AND (2) AUTHORIZES US TO INITIATE ADDITIONAL PAYMENTS IN THE EVENT YOU FAIL TO PAY ON TIME. READ IT VERY CAREFULLY BEFORE CONSENTING TO THIS AGREEMENT.** To complete your Purchase you will designate one or more debit cards, credit cards and/or bank accounts (each a Payment Method) to make payments on your Pay in 4 loan. Before you completed your Purchase, you designated a primary Payment Method for such payments (together, along with any substitute Payment Method you or your financial institution or card issuer may later provide to us for this purpose, the "Primary Payment Method"). You were also given the option to designate an additional back-up Payment Method to make payments in the event we are unable to complete a payment using your Primary Payment Method (together, along with any substitute Payment Method you or your financial institution or card issuer may later provide to us for this purpose, the "Back-Up Payment Method"). If you designate a Back-Up Payment Method, it must be a different account or card than the one designated as Primary Payment Method. Your Primary Payment Method and Back-Up Payment Method can be changed, modified or terminated as further described below.

For the purposes of this Payment Authorization, the words "we", "us" and "our" include Klarna and its successors, assigns, agents, TrueAccord Corp., SIMM Associates Inc, and Firstsource Advantage LLC, and other service providers or any person to whom this Agreement is transferred or assigned. By electronically signing this Authorization and agreeing to this Payment Authorization, you are authorizing us to initiate (1) ACH debits from any bank account Payment Method ("ACH Payment"), (2) electronic debits from any debit card Payment Method and/or (3) electronic charges to any credit card Payment Method, as applicable, for the amounts due under the Agreement and as further set forth below (collectively, "Payments").

*Authorization for Initial Payment:* For each Payment Schedule that we deliver to you, you authorize us to initiate a one-time debit Payment using the Primary Payment Method in the amount of the Initial Payment indicated on that Payment Schedule. Initial Payments will occur on or soon after the date the Merchant confirms an applicable order from your Purchase.

*Authorization for Recurring Installment Payments:* For each Payment Schedule that we deliver to you, you also authorize us to initiate recurring Payments using the Primary Payment Method in the amounts and on or soon after the dates set forth on that Payment Schedule (or in any alternative amounts or on any alternative dates to which you and we may agree).

*Authorization to Vary Amounts:* If you are paying by debit card or bank account, you have the right to receive written notice if any Installment Payment will vary from the amount authorized above. While we will generally provide at least 10 days' advance written notice of any Installment Payment that varies from the amount disclosed on an applicable Payment Schedule, you agree that we need not provide written notice if the amount of the Installment Payment is less than the disclosed amount or, no more than the Installment Payment plus any unpaid amounts, fees or charges due under this Agreement.

*Authorization for Late Payment Fees and to Modify or Combine Payments:* You authorize us to initiate a separate payment from the Primary Payment Method, at our sole discretion, for each separate fee due under the Agreement such as a Late Fee. You also authorize us to combine multiple payments that we may be initiating on the same day from the Payment Method into a single payment. Instead of or in addition to any payment described above, you authorize us to initiate payments from the Payment Method for any amount and on any date that you subsequently direct by phone, email or other method we make available.

*Authorization to Correct Payments, Maintain Accurate Balance and Update Payment Method Information:* You authorize us to debit or credit your Payment Method as necessary to (1) correct any error we may make in processing a payment on or after the date such error occurs; or (2) as otherwise necessary to obtain an accurate balance under this Agreement such as when you have a credit balance on your account with us. If there is any missing or erroneous information with respect to the Payment Method or the associated financial institution, you authorize us to verify and correct such information.

*Reinitiating a rejected debit or charge*: Unless otherwise limited by law, if any Payment under this Payment Authorization is rejected or otherwise returned unpaid, you authorize us to reinitiate it up to two additional times. However, you agree that we are under no obligation to reinitiate any rejected charges or debits.

*Back-Up Payment Method; Failed Payments*: If you have designated a Back-Up Payment Method and we are unable to process an A Payment using your Primary Payment Method or such a Payment is otherwise returned (a "Failed Payment"), you authorize us to initiate two additional Payments using the Back-Up Payment Method on or after the date of the Failed Payment in the amount of the Failed Payment instead of seeking such Payments from the Primary Payment Method. Future recurring installment Payments will continue to be debited or charged from your Primary Payment Method unless and until You direct us otherwise. In the event of a Failed Payment, we will provide you with at least one day advance notice before initiating any Payments using the Back-Up Payment Method and such notice will indicate the amount, the date and the Payment Method applicable to that Payment.

*Fees Imposed By Your Financial Institution or Card Issuer:* You understand that your financial institution or card issuer may impose fees in connection with rejected charges or debits, and you agree that we do not have any liability to you for such fees. If you know that a payment will be rejected by your financial institution (e.g., because there is not enough money in the account or availability on the card), you should contact us so that alternate arrangements can be made.

*Changing Your Payment Methods*: You can change your Payment Methods and designations of Primary or Back-Up Payment Methods using the My Klarna button in the Klarna App.  We must receive your changes at least three (3) business days prior to the next scheduled payment for your

changes to be effective for that payment. Otherwise, your changes will be effective for the following payment.

*Revocation and Termination*: To cancel your Payment Authorization, please call customer service at 1-888-518-2771, Monday-Friday from 8:00AM – 5:00PM Eastern Time AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE NEXT SCHEDULED PAYMENT. Otherwise the Payment may have already been automatically initiated. We may cancel your enrollment in recurring Payments at any time for any reason, including excessive Failed Payments. If your Authorization is cancelled by you or us, you will still be responsible for making payments due under the Agreement by another Payment Method. This Authorization does not prevent you from stopping payment by contacting your financial institution.

*Confirmation of Account or Card Status*.  You authorize us to validate your Payment Methods and determine whether a Payment under this Authorization will be successful, including by initiating an authorization request, non-monetary entry or similar entry to any applicable Payment Method and/or obtaining balance information from the financial institution or card issuer associated with the Payment Method. We are not obligated to initiate any Payment under this Authorization if we are unable to validate the applicable Payment Method or if we receive information suggesting that the Payment will likely fail.

*Miscellaneous:* You promise that the Payment  Method is legitimate, open and active and that you are an authorized user on such account(s). You understand that this Authorization is subject to applicable law and network rules. Each payment will be processed in U.S. dollars, and, if it is converted into another currency, the Currency Conversion section above, applies.

# USA PATRIOT ACT DISCLOSURE

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

# State Disclosures

- **All Borrowers, including Iowa, Missouri, Nebraska and Texas**

ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR FORBEAR FROM ENFORCING REPAYMENT OF DEBT INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT ARE NOT ENFORCEABLE. TO PROTECT YOU AND US FROM ANY MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.

- **For California Consumers**

**FOR INFORMATION CONTACT THE DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION, STATE OF CALIFORNIA.** This loan is made pursuant to the California Finance Lenders Law, Division 9 (commencing with Section 22000) of the Financial Code, License No. 60DBO-44020.

- **For California and Utah Residents**

As required by California and Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

- **For Georgia Residents**

  NOTICE TO CONSUMER

  **1.** Do not sign this agreement if it contains any blank spaces.

  **2.** You are entitled to an exact copy of all papers you signed.

  **3.** You have the right at any time to pay in advance the full amount due under this agreement and under certain conditions to obtain a partial refund of the interest charges.

  **4.** If credit life insurance is required, you have the right to purchase either level term life insurance or reducing term life insurance coverage.

  **5.** You are not required to purchase noncredit insurance as a condition of obtaining this loan.

- **For Maryland Residents**

This Loan is made under and governed by Section 12-103(a)(1) of Subtitle 1, "Interest and Usury" of Title 12 of the Maryland Commercial Law.

- **FOR NEW MEXICO RESIDENTS**:

TO REPORT A PROBLEM OR COMPLAINT WITH THIS LENDER, YOU MAY WRITE OR CONTACT: Klarna Customer Service at 800 N. High St. Suite 04121, Columbus, OH 43215 or by using the My Klarna button in the Klarna App.

New Mexico Only: This lender is licensed and regulated by the New Mexico Regulation and Licensing Department, Financial Institutions Division, P.O. Box 25101, 2550 Cerrillos Road, Santa Fe, New Mexico 87504. To report any unresolved problems or complaints, contact the Division by telephone number (505) 476-4885 or visit the website: **https://www.rld.nm.gov/financial-institutions/**

- **For New York, Rhode Island and Vermont Residents**

You understand and agree that we may obtain a consumer credit report in connection with any updates, renewals or extensions of any credit as a result of your application. If you ask, you will be informed whether or not such a report was obtained and, if so, the name and address of the agency that furnished the report. You also understand and agree that we may obtain a consumer credit report in connection with the review or collection of any extension of credit made to you or for other legitimate purposes related to such extension of credit.

- **For North Dakota Consumers**

NOTICE: MONEY BROKERS ARE LICENSED AND REGULATED BY THE DEPARTMENT OF FINANCIAL INSTITUTIONS, 2000 SCHAFER STREET, SUITE G, BISMARCK, NORTH DAKOTA 58501-1204. THE DEPARTMENT OF FINANCIAL INSTITUTIONS HAS NOT PASSED ON THE MERITS OF THE CONTRACT AND LICENSING DOES NOT CONSTITUTE AN APPROVAL OF THE TERMS OR OF THE BROKER'S ABILITY TO ARRANGE ANY LOAN. COMPLAINTS REGARDING THE SERVICES OF MONEY BROKERS SHOULD BE DIRECTED TO THE DEPARTMENT OF FINANCIAL INSTITUTIONS.

- **For Oklahoma customers:**

You should refer to the relevant sections of this Agreement for information about nonpayment, default, the right to accelerate the maturity of this Agreement, prepayment and penalties.

- **For South Dakota Consumers**

If there are any improprieties in making the loan or loan practices, please contact the SD Division of Banking: South Dakota Division of Banking 1714 Lincoln Ave, Suite 2 Pierre, SD 57501 (605) 773-

3421

- **For Washington Consumers**

Fraudulent transactions may result in the loss of your money with no recourse.

- **For Wisconsin Consumers**

If you are married: (i) you confirm that the Loan is being incurred in the interest of your marriage or family; (ii) no provision of any marital property agreement, unilateral statement, or court decree under the Wisconsin Marital Property Act will adversely affect our interest unless, before the time credit is granted, we are furnished a copy of that agreement or decree or are given complete information about the agreement or decree; and (iii) you understand and agree that we will provide a copy of this Agreement to your spouse for his or her information. If the Loan is granted, you will notify us if you have a spouse by sending your name and your spouse's name and address to us at the Notice Address.

NMLS #1353190