**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Birgetta Clay, et al.
                 Plaintiff,

v.
                                         Case No.: 1:26–cv–03506
                                         Honorable Steven C. Seeger

Klarna, Inc.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

       MINUTE entry before the Honorable Steven C. Seeger: There is no need for a certificate of service for a court filing when all parties of record receive a copy through CM/ECF. Under the Local Rules, "[a] certificate of service is required only when service of a document filed on the Court's E–Filing system is made on a recipient who is not an E–Filer listed on the docket of the proceeding." See L.R. 5.5(a); see also Fed. R. Civ. P. 5(d)(1)(B) ("No certificate of service is required when a paper is served by filing it with the court's electronic–filing system."). The Court handles service through CM/ECF. In effect, the CM/ECF header is the certificate of service. Save yourself the work, and the trouble. Mailed notice.(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.