

# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

*50547831*

CASE NUMBER: 126CV03506      MULT. SER.: 1      DOC. TYPE: SUMMONS

**DIE DATE: 5/1/2026**     RECEIVED DATE: 4/10/2026     FILED DATE: 4/9/2026     DIST: 604 DC

---

**DEFENDANT:**    KLARNA INC
208  LASALLE ST
CHICAGO, IL 60604
814

ATTACHED FEE AMT:
SERVICE INFORMATION:  R/A: C T CORP SYSTEM

**PLAINTIFF:**    CLAY, BIRGETTA
**ATTORNEY:**    STEPHAN ZOURAS LLP
100  N RIVERSIDE DR 2150
CHICAGO, IL 60606
312-233-1550

---

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

___    **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

___    **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

___    **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X    **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

___    **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

___    **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

___    **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

___    **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

---

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

___ (01) NO CONTACT     ___ (05) WRONG ADDRESS     ___ (09) DECEASED
___ (02) MOVED     ___ (06) NO SUCH ADDRESS     ___ (10) NO REGISTERED AGENT
___ (03) EMPTY LOT     ___ (07) EMPLOYER REFUSAL     ___ (11) OUT OF COOK COUNTY
___ (04) NOT LISTED     ___ (08) CANCELLED BY PLAINTIFF ATTY ___ (12) OTHER REASON (EXPLAIN)
EXPLANATION:

---

WRIT SERVED ON:  DERRICK HACKETT
SEX: Male        RACE: Black        AGE: 35
THIS 13 DAY OF  April  2026
TIME:  9:53:00 AM

THOMAS J. DART,
SHERIFF, BY: /S/ GIBSON, ANDY , Star # 11216 , DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| | : | |
| | : | |
| | : | |
| | : | |

JON614F



### SHERIFF'S OFFICE OF COOK COUNTY
### AFFIDAVIT OF SERVICE

*50547831*

CASE NUMBER: 126CV03506

| **DEFENDANT:** | KLARNA INC | **PLAINTIFF:** | CLAY, BIRGETTA |
|---|---|---|---|
| DATE | | DEPUTY | STAR # |