**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Clay et al v. Klarna, Inc.          Case Number: 1:26-cv-03506

An appearance is hereby filed by the undersigned as attorney for:

Klarna, Inc.

Attorney name (type or print): Elizabeth L. McKeen

Firm: O'Melveny & Myers LLP

Street address: 610 Newport Center Drive, 17th Floor

City/State/Zip: Newport Beach, CA 92660

Bar ID Number: 216690          Telephone Number: (949) 823-6900
(See item 3 in instructions)

Email Address: emckeen@omm.com

Are you acting as lead counsel in this case?          ☑ Yes  ☐ No

Are you a member of the court's general bar?          ☑ Yes  ☐ No

Are you a member of the court's trial bar?          ☐ Yes  ☑ No

Are you appearing *pro hac vice*?          ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?          ☐ Yes  ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  May 4, 2026

Attorney signature:  S/ Elizabeth L. McKeen
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023