IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BIRGETTA CLAY and CANDICE
MCINTYRE, individually and on behalf of all
others similarly situated,

        *Plaintiff*s,

      v.

KLARNA INC.,

        *Defendant*.

Case No. 1:26-cv-03506

## DEFENDANT KLARNA, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Defendant Klarna, Inc. hereby certifies the following:

Klarna Inc. is a wholly owned subsidiary of Klarna Bank AB. Klarna Bank AB is a wholly owned subsidiary of Klarna Holding AB. Klarna Holding AB is a subsidiary of Klarna Group Holdco Ltd. Klarna Group Holdco Ltd. is a wholly owned subsidiary of Klarna Group Midco Ltd. Klarna Group Midco Ltd. is a subsidiary of Klarna Group Plc. Klarna Group Plc is a publicly traded entity listed on the New York Stock Exchange under the ticker symbol: KLAR.

Dated:  May 4, 2026                      Respectfully submitted,

By:  */s/ Danielle N. Morris*

Elizabeth L. McKeen (CA Bar No. 216690)
Danielle N. Morris (CA Bar No. 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone:  +1 949 823 6900
Facsimile:   +1 949 823 6994
emckeen@omm.com
dmorris@omm.com

*Attorneys for Defendant Klarna, Inc.*

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 4, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By:   <u>*/s/ Danielle N. Morris*</u>
Danielle N. Morris
