IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BIRGETTA CLAY and CANDICE
MCINTYRE, individually and on behalf of all
others similarly situated,

        *Plaintiff*s,

        v.

KLARNA INC.,

        *Defendant*.

Case No. 1:26-cv-03506

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

        Plaintiffs Birgetta Clay and Candice McIntyre ("Plaintiffs") and Defendant Klarna, Inc. ("Klarna"), by and through their attorneys, hereby jointly move for an extension of time to answer or otherwise respond to the Complaint. Plaintiffs and Klarna (collectively, the "Parties") respectfully request that this Court extend the time to respond to the Complaint from May 4, 2026 to June 3, 2026. In support of the motion, the Parties state as follows:

        1.      On March 30, 2026, Plaintiffs filed a Complaint seeking relief on behalf of themselves and a putative class of absent individuals. (ECF No. 1).

        2.      On April 13, 2026, Plaintiffs served the complaint on Klarna. Accordingly, under Federal Rule of Civil Procedure 12(a), Klarna's deadline to answer or otherwise respond to the complaint is May 4, 2026. (ECF No. 9.)

        3.      Klarna requires additional time to investigate and consider the claims and allegations asserted in the Complaint.

        4.      Counsel for Klarna conferred with Plaintiffs' counsel who agreed to Klarna's requested extension of time to answer or otherwise respond to the Complaint until June 3, 2026.

5. The Parties have not previously requested an extension of time in this case. The requested extension is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending the time for Klarna to answer or otherwise respond to the Complaint from May 4, 2026 to June 3, 2026.

Dated:  May 4, 2026                                   Respectfully submitted,


By:  */s/ Danielle N. Morris*

Elizabeth L. McKeen (CA Bar No. 216690)
Danielle N. Morris (CA Bar No. 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone:  +1 949 823 6900
Facsimile:   +1 949 823 6994
emckeen@omm.com
dmorris@omm.com

*Attorneys for Defendant Klarna, Inc.*


By:  */s/ Justin M. Caparco\**

James B. Zouras
Ryan F. Stephan
Justin M. Caparco
STEPHAN ZOURAS, LLC
222 West Adams Street, Suite 2020
Chicago, Illinois 60606
Telephone: (312) 233-1550
jzouras@stephanzouras.com
rstephan@stephanzouras.com
jcaparco@stephanzouras.com

*Attorneys for Plaintiffs and the Putative Class*
\*with permission

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: ___*/s/ Danielle N. Morris*___
       Danielle N. Morris

-4-