## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Birgetta Clay, et al.

                        Plaintiff,

v.                                                    Case No.: 1:26–cv–03506
                                                      Honorable Steven C. Seeger

Klarna, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

     MINUTE entry before the Honorable Steven C. Seeger: The joint motion for extension of time to respond to complaint (Dckt. No. [13]) is hereby granted. Defendant shall respond to plaintiff's complaint by June 3, 2026. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.