# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Birgetta Clay, et al.

                  Plaintiff,

v.

                                            Case No.: 1:26–cv–03506

Klarna, Inc.

                                            Honorable Steven C. Seeger

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the motion to compel arbitration (Dckt. No. [15]). A response is due two weeks from the date of this order. The Court directs counsel to meet and confer, and discuss the merits of the motion, within one week of this order. By the look of things, Plaintiffs agreed to the terms of service, and the terms of service appear to include an arbitration provision. Maybe this Court is missing something, but if so, Plaintiffs must tell defense counsel what it is, and must talk through the issue with defense counsel before filing a response brief. The case is stayed in the meantime pending a decision on the motion to compel arbitration. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.